

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2020

No. 04-19-00555-CV

**IN THE GUARDIANSHIP OF CHARLES INNESS THRASH, AN INCAPACITATED PERSON**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2017-PC-2912
Honorable Oscar J. Kazen, Judge Presiding

## O R D E R

The Appellees' Motion for Extension of Time to File Brief is hereby GRANTED. The appellees' brief is due on or before April 3, 2020.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court